# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                        Crim. No. 7:06-CR-93-1BO

ANTONIO LEMAR JOHNSON

On September 7, 2011, the above named was placed on supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Respectfully submitted,

/s/ Robert L. Thornton
Robert L. Thornton
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _23_ day of _September_, 2014.

Terrence W. Boyle
U.S. District Judge